**Hayne COCHRAN, Plaintiff-Appellant,**

v.

**CITY OF ROCKMART, Buddy Cagle and Lee Hayes, Defendants-Appellees.**

No. 81–7053
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.
Unit B

Aug. 21, 1981.

Marson G. Dunaway, Jr., Rockmart, Ga., for plaintiff-appellant.

C. Stephen Malone, Rockmart, Ga., for City of Rockmart and Cagle.

Wayne W. Gammon, Cedartown, Ga., for Hayes.

Before GODBOLD, Chief Judge, KRAVITCH and HATCHETT, Circuit Judges.

PER CURIAM:

This case is a companion to *McMillian v. City of Rockmart,* 653 F.2d 907, and could have been joined with that case in the district court. We affirm the decision of the district court on the same grounds set forth in *McMillian.*

AFFIRMED.